UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

------------------------------------

| | |
|---|---|
| Minnetonka Moccasin Company, Inc., | Civil No. 12-CV-2455 DSD/JJK |
| Plaintiff. | **NOTICE OF VOLUNTARY** |
| v. | **DISMISSAL WITH PREJUDICE** |
| Target Corporation and E.S. Originals, Inc., | |
| Defendants. | |

------------------------------------

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Minnetonka Moccasin Company, Inc. hereby files this Notice of Voluntary Dismissal with Prejudice. Defendants have not yet served an answer or a motion for summary judgment in this action.


Dated:  January 3, 2013        s/ Jerry S. Podkopacz
Jerry S. Podkopacz (MN #234436)
Glenna L. Gilbert (MN #0389312)
Larkin Hoffman Daly & Lindgren Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota  55431-1194
(952) 835-3800
Email:  jpodkopacz@larkinhoffman.com
Email:  ggilbert@larkinhoffman.com

*Attorneys for Plaintiff Minnetonka Moccasin Company, Inc.*

1438161.1